UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY LEANN HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:20-cv-2036-EFB<br><br><br><br>ORDER |

On August 3, 2021, plaintiff filed a motion for summary judgment.  ECF No. 19.  Defendant filed an opposition to plaintiff's motion.  ECF No. 21.  Defendant did not, however, file a cross-motion for summary judgment.  Without defendant moving for summary judgment, the court is without authority to enter judgment in defendant's favor should defendant successfully oppose plaintiff's motion.

Accordingly, it is hereby ORDERED that defendant shall file a cross-motion for summary judgment within 14 days from the date of service of this order.

DATED: September 7, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE